```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SHERRY PETERS KERN              *        CIVIL ACTION

VERSUS                          *        NO: 05-3066

BLAINE KERN ARTISTS, INC.,      *        SECTION: "D"(5)
ET AL
```

### ORDER AND REASONS

Before the court is the **"Motion for New Trial"** filed by Plaintiff, Sherry Peters Kern. Defendants, Blaine Kern Artists, Inc. and Coventry Health Care of Louisiana, Inc., have filed memoranda in opposition. The motion, set for hearing on Wednesday, Wednesday, September 27, 2006, is before the court on briefs, without oral argument. Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.

In her Motion for New Trial, Plaintiff seeks a new trial, reconsideration or alteration/amendment of the court's September 1, 2006 "Order and Reasons" (Doc. No. 53) in which the court granted in part and denied in part Defendants' Motions or Summary Judgment and/or Motions to Dismiss. However, the court finds that Plaintiff

has made no showing that she is entitled to any of the relief she seeks.

In her motion, Plaintiff also seeks to supplement the record by substituting her "signed" affidavit in place of the "unsigned" affidavit which was filed into the record on September 1, 2006. However, Plaintiff's "signed" Affidavit is past the court's September 1, 2006, deadline set for Plaintiff to produce summary judgment type evidence in opposition to Defendant's then pending motions for summary judgment.  Further, Plaintiff makes no showing that any of the handwritten changes presumably made by Plaintiff and scattered throughout the "signed" Affidavit constitute newly discovered evidence.  Finally, even if the court allowed Plaintiff to supplement the record with her "signed" Affidavit, the court find that it does nothing to change the court's "Order and Reasons" (Doc. No. 53) of September 1, 2006.

Accordingly;

**IT IS ORDERED** that Plaintiff's **"Motion for New Trial"** be and is hereby **DENIED.**

New Orleans, Louisiana, this **19th** day of **September**, **2006.**

_____
A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE

2